CHAMBERLAIN, D'AMANDA, OPPENHEIMER & GREENFIELD, LLP, Respondent, v REBECCA P. WILSON, Appellant.

Submitted June 20, 2016; decided September 8, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JOEL S. CHARLESTON, Doing Business as THE LAW OFFICE OF JOEL S. CHARLESTON, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted June 27, 2016; decided September 8, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

ESTATE OF HELEN DEL TERZO et al., Respondents, v 33 FIFTH AVENUE OWNERS CORP., Appellant.

Submitted August 29, 2016; decided September 8, 2016

Motion by Council of New York Cooperatives and Condominiums for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

FLO & EDDIE, INC., a California Corporation, Individually and on Behalf of All Others Similarly Situated, Respondent, v SIRIUS XM RADIO, INC., a Delaware Corporation, Appellant, and DOES 1 THROUGH 10, Defendants.

Submitted August 29, 2016; decided September 8, 2016

See 821 F3d 265.

Motion by Electronic Frontier Foundation for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.